**SO ORDERED.**

**SIGNED this 15 day of May, 2007.**



_____
JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
STEPHANIE KAY LANNING,

                Debtor.

Case No. 06-41037
Chapter 13

_____

**JUDGMENT ON DECISION**

On May 15, 2007, the Court entered a Memorandum and Opinion sustaining the objection of the Trustee, Jan Hamilton, Chapter 13 Trustee to confirmation of the Chapter 13 plan proposed by Debtor, Stephanie Kay Lanning. In that Memorandum and Opinion, the Court found that Debtor's plan cannot be confirmed because it proposes a plan length of less than 60 months, when she is an above-median income debtor, in violation of 11 U.S.C.§ 1325(b)(4).

**IT IS SO ORDERED** that the objection to confirmation is sustained.

# # #