Jan Hamilton #08163
Chapter 13 Trustee
PO Box 3527
Topeka, Kansas  66601-3527
(785) 234-1551

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
   STEPHANIE KAY LANNING ) Case No.  06-41037-13
)
                   Debtor. )
)

## REQUEST FOR CERTIFICATION TO THE COURT OF APPEALS

COMES NOW, Jan Hamilton, Chapter 13 Trustee, and hereby requests certification by this Court pursuant to 28 U.S.C. 158(d)(2)(A)(i), that the judgment, order, or decree from which the Trustee appeals involves a question of law as to which there is no controlling decision of the United States Court of Appeals for the 10th Circuit or of the Supreme Court of the United States.  In support of his request, the Trustee provides:

     1.     On May 15, 2007, this Court issued its Memorandum and Opinion and Judgment on Decision in the above-captioned case regarding the Chapter 13 Trustee's Objection to Confirmation of Chapter 13 Plan.

     2.     The Judgment on Decision and Memorandum and Opinion, although sustaining the Chapter 13 Trustee's objection with regard to the length of Debtor's proposed plan, overruled the Trustee's objection that Debtor's plan must propose to pay projected disposable income as determined by Debtor's Form B22C to allowed unsecured claims over the applicable commitment period, and granted Debtor's Motion

for Determination that Chapter 13 Statement of Current Monthly and Disposable Income (Form B22C) Does Not Determine Plan Payment.

    3. The Court's ruling allows consideration of factors beyond those represented by Form B22C, indicating that "the net income number obtained from Form B22C is the debtor's 'projected disposable income' unless the debtor can show that there has been a substantial change in circumstances such the numbers contained in that form are not commensurate with a fair projection of debtor's income in the future." Memorandum and Order, p. 2. In this case, Debtor's actual income is considerably less than the historical income reflected by Form B22C. Memorandum and Order, p. 1.

    4. The issue presented is whether the income shown on Form B22C is determinative of the amount the debtor is required to pay to allowed unsecured claims over the applicable commitment period or whether the Court may use Schedule I to determine such debtor's projected disposable income.

    5. The Chapter 13 Trustee seeks appeal of the Memorandum and Opinion and Judgment on Decision to the Court of Appeals for circuit-level resolution of this issue. The Trustee is unaware of any controlling decision of the United Sates Court of Appeals for the 10th Circuit or of the Supreme Court of the United States that involves this question of law.

    6. The Trustee has filed simultaneously herewith a Notice of Appeal.

    WHEREFORE, the Chapter 13 Trustee requests this Court certify, pursuant to 28 U.S.C. 158(d)(2)(A)(i), that the Memorandum and Opinion and Judgment on Decision from which the Trustee appeals involves a question of law as to which there is no

controlling decision of the United States Court of Appeals for the 10th Circuit or of the

Supreme Court of the United States.

    s/ Teresa L. Rhodd
Jan Hamilton #08163
Teresa L. Rhodd #21586
Chapter 13 Trustee
PO Box 3527
Topeka, Kansas 66601-3527
(785) 234-1551
(785) 234-0537 Fax
jan.hamilton@topeka13trustee.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the above and foregoing Request with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the following parties on this date: May 23rd, 2007.

Stephanie Kay Lanning
1131 SW Jane St
Topeka, KS 66604

    s/ Teresa L. Rhodd
Teresa L. Rhodd