IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHANIE KAY LANNING, | ) | BAP No. KS-07-067 |
| | ) | |
| Debtor, | ) | Bankr. No. 06-41037 |
| _____ | ) | Chapter 13 |
| | ) | |
| JAN HAMILTON, Trustee | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| _____ | ) | |

## APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8006, Appellant, Jan Hamilton, Chapter 13 Trustee, hereby designates the following items to be included in the record on appeal:

1. A copy of the current CM/ECF Docket Report.

2. Chapter 13 Voluntary Petition, Doc. #1, filed 10/16/06.

3. Chapter 13 Plan, Doc. #2, filed 10/16/06.

4. Amended Schedules, Amended Petition using Official Form Doc. #16, filed 11/1/06.

5. Amended Schedules, Exhibit D with Credit Counseling, Doc. #17, filed 11/1/06.

6. Motion for Determination that Chapter 13 Statement of Current Monthly and Disposable Income (Form B22C) does not Determine Plan Payment, Doc. #21, filed 1/4/07.

7. Response to Motion for Determination that Chapter 13 Statement of Current Monthly and Disposable Income (Form B22C) does not Determine Plan Payment, Doc. #23, filed 1/17/07.

8. Motion to File Objection to Confirmation Out-of-Time, Doc. #26, filed 2/22/07.

9. Support Brief (Jan Hamilton), Doc. #32, filed 3/14/07.

10. Brief (Debtor), Doc. #33, filed 3/14/07.

11. Objection to Confirmation of Plan, Doc. #34, filed 3/15/07.

12. Courtroom Minute Sheet, Doc. #40, filed 4/25/07.

13. Motion to Extend Time to Appeal (Debtor), Doc. #41, filed 5/7/07.

14. Decision and Order, Doc. #42, filed 5/15/07.

15. Order Designated as Opinion, Doc. #43, filed 5/15/07.

16. Judgment on Decision, Doc. #44, filed 5/15/07.

17. Order Granting Motion, Doc. #45, filed 5/15/07.

18. Notice of Appeal to 10th Circuit Court of Appeals, Doc. #48, filed 5/23/07.

19. Petition Requesting Direct Appeal, Doc. #49, filed 5/23/07.

20. Order Mooting Motion to Extend Time to Appeal, Doc. #50, filed 5/24/07.

21. Amendment to Memorandum and Opinion Sustaining Trustee's Objection to Confirmation, Doc. #56, filed 5/31/07.

Respectfully submitted,

s/ Teresa L. Rhodd
Jan Hamilton #08163

Teresa L. Rhodd #21586  
Chapter 13 Trustee  
PO Box 3527  
Topeka, KS 66601-3527  
 (785) 234-1551  
 (785) 235-0537 Fax  
jan.hamilton@topeka13trustee.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing Designation of Items to be Included in the Record on Appeal was electronically filed with the Bankruptcy Court via the CM/ECF system this date, which notices all interested parties using the CM/ECF system. I have also faxed a copy of this pleading to the Bankruptcy Appellate Panel for the 10th Circuit and mailed a copy first class, postage prepaid, to the following parties on this date: June 1, 2007.

Stephanie Kay Lanning, Debtor  
1131 SW Jane St.  
Topeka, KS 66604

Michael F. Brunton, Attorney for Debtor  
Roof Garden Ste A,  
Jayhawk Tower  
700 SW Jackson St.  
Topeka, Kansas 66603  
 (785) 233-5117  
 (785) 233-2844 Fax

Joyce Owen, Assistant U.S. Trustee  
Office of the U.S. Trustee  
301 N. Main St., Ste. 1150  
Wichita, KS 67202

 s/ Teresa L. Rhodd  
Teresa L. Rhodd